**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS ENRIQUE PORRES-SANCHEZ, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 12-72198 <br><br> Agency No. A095-734-563 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 21, 2014[**]

Before:     CANBY, SILVERMAN, and PAEZ, Circuit Judges.

Carlos Enrique Porres-Sanchez, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen.  We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review Porres-Sanchez's challenge to the BIA's dispositive determination that Porres-Sanchez failed to show the requisite hardship to his qualifying relatives because Porres-Sanchez failed to exhaust this challenge in his motion to reopen before the BIA. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010).

We need not address Porres-Sanchez's remaining contention regarding continuous physical presence because the agency's hardship determination is dispositive. *See* 8 U.S.C. § 1229b(b)(1).

**PETITION FOR REVIEW DISMISSED.**